UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:23-CR-35-TAV-JEM |
| | ) | |
| DANIELLE L. PRICE and | ) | |
| LARRY O. WALKER, II, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Danielle L. Price's Motion to Continue Trial and Deadlines [Doc. 113], filed on November 19, 2024.

Defendant Price requests that the Court continue the trial date and all associated deadlines [Doc. 113]. In support of her motion, she notes that the Court appointed her current counsel on November 13, 2024 [*Id.* ¶ 2; *see also* Doc. 111]. She submits that the discovery in the case is voluminous: she needs time to review the materials, research, and investigate the matter [Doc. 113 ¶ 3]. She understands that the time between filing this motion and a rescheduled trial date is fully excluded for speedy trial purposes [*Id.* ¶ 5]. She represents that neither the Government nor Codefendant Larry O. Walker, II object to a continuance [*Id.* ¶¶ 6–7]. Defense counsel confirmed with Chambers via email that Defendant Walker understands his right to a speedy trial and agrees to a continuance.

Based upon the parties' positions and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the

1

interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Counsel for Defendant Price needs further time review discovery materials, research, and investigate the matter. The Court finds that all this cannot occur before the January 14, 2024 trial date.

The Court therefore **GRANTS** Defendant Danielle L. Price's Motion to Continue Trial and Deadlines [**Doc. 113**].[1] The trial of this case is reset to **April 15, 2025**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all time between the filing of the motion on November 19, 2024, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Danielle L. Price's Motion to Continue Trial and Deadlines [**Doc. 113**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **April 15, 2025, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **November 19, 2024**, and the new trial date of **April 15, 2025**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **March 17, 2025**;

(5) the deadline for filing motions *in limine* is **March 31, 2025**;

---

[1] The deadline for filing pretrial motions in this case expired on June 30, 2023 [Doc. 51]. At this time, Defendant has not set forth good cause for reopening the deadline.

(6) the parties are to appear before the undersigned for a final pretrial conference on **April 1, 2025, at 10:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **April 4, 2025.**

**IT IS SO ORDERED.**

ENTER:

Jill. E. McCook
United States Magistrate Judge