UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
v.                                 )          No. 3:23-CR-35-TAV-JEM
                                   )
DANIELLE L. PRICE and              )
LARRY O. WALKER, II,               )
                                   )
                Defendants.        )

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Danielle L. Price's Unopposed Motion to Continue Trial and Deadlines [Doc. 160], which she filed on April 8, 2026, and Defendant Larry O. Walker, II's Motion to Continue Trial and Deadlines [Doc. 161], which he filed on April 13, 2026.

Defendant Price asks the Court to continue the trial and all associated deadlines [Doc. 160]. In support, Defendant Price states the parties are currently awaiting the Court's ruling on Defendants' Objections to the pending Report and Recommendation [*Id.* ¶ 2]. Defendant Price asserts more time is needed to continue negotiations with the Government in light of the Court's eventual ruling and to otherwise prepare for trial [*Id.* ¶ 3]. Defendant Price acknowledges she understands her speedy trial rights and that a rescheduled trial date will be fully excludable for speedy trial purposes [*Id.* ¶ 5].

Defendant Walker states a continuance is needed because this is a complex case that requires more time to properly prepare [Doc. 161 p. 1]. Defendant Walker explains his counsel needs more time to properly prepare should his case go to trial and in order to properly represent

his interest in negotiations [*Id.*]. Defendant Walker acknowledges he understands his speedy trial rights and that the time between the filing of his motion and any new trial date is excludable for speedy trial calculations [*Id.*]

Both motions reflect that the Government does not oppose the requests for continuance [Docs. 160 ¶ 6 and 161 p. 1].

Based upon the information in Defendants' motions and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweighs the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, Defendants are awaiting a ruling on their objections to the pending Report and Recommendation. Following that ruling, Defendants' counsel and counsel for the Government need additional time to continue plea negotiations, and, if necessary, prepare for trial. The Court finds that this cannot occur before the May 19, 2026, trial date.

The Court therefore **GRANTS** Defendant Price's Unopposed Motion to Continue Trial and Deadlines [**Doc. 160**] and **GRANTS** Defendant Walker's Motion to Continue Trial and Deadlines [**Doc. 161**]. The trial date is reset to **August 4, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all of the time between the filing of Defendant Price's motion on April 8, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

2

Accordingly, it is **ORDERED** as follows:

(1) Defendant Price's Unopposed Motion to Continue Trial and Deadlines [**Doc. 160**] is **GRANTED**;

(2) Defendant Walker's Motion to Continue Trial and Deadlines [**Doc. 161**] is **GRANTED**;

(3) the trial date is reset to commence on **August 4, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(4) all time between the filing of the Defendant Price's motion on **April 8, 2026**, and the new trial date of **August 4, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **July 6, 2026**;

(6) the deadline for filing motions *in limine* is **July 20, 2026**, and responses to motions *in limine* are due on or before **July 28, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **July 21, 2026, at 1:30 p.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **July 24, 2026**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3